UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Docket No. 5:07-CR-25-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC DONOVAN MASSENBURG | ) | |
| Defendant. | ) | |

This matter is before the court on the United States Probation Officer's motion to continue the revocation hearing in the above case, presently scheduled for April 3, 2013, in New Bern, North Carolina. The case is hereby CONTINUED to June 20, 2013 in New Bern, North Carolina.

This 20th day of March, 2013.

Louise W. Flanagan
U.S. District Judge