**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**Docket No. 5:07-CR-25-1FL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ERIC DONOVAN MASSENBURG | ) | |
| Defendant. | ) | |

This matter is before the court on the United States Probation Officer's motion to continue the revocation hearing in the above case, presently scheduled for June 20, 2013, in New Bern, North Carolina. The hearing is hereby CONTINUED to July 12, 2013, at 1:30 p.m. in New Bern, NC.

This 14th day of June , 2013.

_____
Louise W. Flanagan
U.S. District Judge